## ROBERTOY v. MICHIGAN.

No. 308, Misc.   Decided December 19, 1960.

Petitioner *pro se.*

*Paul L. Adams,* Attorney General of Michigan, and *Samuel J. Torina,* Solicitor General, for respondent.

PER CURIAM.

The appeal is dismissed for the reason that the judgment of the Supreme Court of Michigan, sought here to be reviewed, is based upon a nonfederal ground adequate to support it.